

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

April 18, 2022

2021-1595 - Amp Plus, Inc. v. DMF, Inc.

# NOTICE OF NON-COMPLIANCE

Your submitted documents (Nonconfidential and Confidential Appendix) are not in compliance with the rules of this court. Within <u>five</u> business days from the date of this notice, please submit corrected versions of these documents correcting the following:

- The caption provided on the documents do not follow the official caption provided by the Clerk. Fed. Cir. R. 32(a)

  *[Clerk's Note: The official caption can be found on the docket report and in the 02/08/2021 Revised Caption Notice at ECF #5]*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in this document being stricken.</u> An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court
By: K. Heidrick, Deputy Clerk